# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





RAY R. RODRIGUEZ SOLIVAN, et al.

VS.   CIVIL NO. __98-2075__ (JAF)

DEN-CARIBBEAN, L.L.C., etc.

---

## DESCRIPTION OF MOTION

DATE FILED: 8/5/99   DOCKET: 18   TITLE: INFORMATIVE MOTION AS TO DAVID PEREZ.

[ ] Plaintiff(s)
[x] Defendant(s)

---

## O-R-D-E-R

_X_ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

**OTHER:**

---



September 9, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE