## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
1999 DEC -7  AM 9:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RAY R. RODRIGUEZ SOLIVAN,
ET AL.

      VS.                        CIVIL NO. __98-2075__ (JAF)

DEN CARIBBEAN, L.L.C., etc.,
et al.,

---

### DESCRIPTION OF MOTION

DATE FILED: 11/18/99  DOCKET: 20   TITLE: MOTION FOR CONTINUANCE
                                    OF PRETRIAL CONFERENCE AND
[X] Plffs.          [] Defts.       FOR EXTENSION OF TIME TO
                                    COMPLETE DISCOVERY.

### O-R-D-E-R

Granted. P.T. conf. rescheduled for May 9, 2000 at 12:00 noon

s/c: O. Carlo
     J. Fernandez
     B. Gonzalez

12-5-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE