# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RAY R. RODRIGUEZ SOLIVAN, ET AL

    VS.

DEN CARIBBEAN, LLC, ET AL

CIVIL NO. 98-2075(JAF)



## DESCRIPTION OF MOTION

DATE FILED: 04/28/00   DOCKET #: 22   TITLE: JOINT MOTION by plaintiffs and Den-Caribe I, Inc., Pedro A. Toledo, David Perez |to Continue PTC set for 5/9/00|, and |to Extend discovery and pleadings stage for 60 days|

[X] Plaintiff(s)
[X] Defendant(s)

## O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

OTHER: The P.T. Conference set for 5/9/00 is rescheduled for Sept. 26, 2000, at 1:30 p.m.



5/2/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

