UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　　DATE: AUGUST 7, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　　　**CASE NO. CIVIL 98-2075**

================================================================

RAY R. RODRIGUEZ SOLIVAN　　　　　　　　　Attorneys:
ET AL　　　　　　　　　　　　　　　　　　　For Plaintiffs:

　　　　VS
　　　　　　　　　　　　　　　　　　　　　For Defendant:
DEN CARIBBEAN, L. L. C.
ET AL
================================================================

　　　In view of the fact that this is one the cases that has been recently reassigned to Judge Garcia Gregory the pretrial conference set for September 26 AT 1:30 PM is hereby vacated and set aside. A status conference is hereby set Tuesday, October 3, 2000 at at 10:00 AM Counsel for the parties are to come prepared to discuss settlement and inform the status of the pending discovery. Parties to be notified.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LILY ALICEA
　　　　　　　　　　　　　　　　　　　　　　COURTROOM DEPUTY