UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 3, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            CIVIL. 98-2075 (JAG)

===================================================================

RAY R. RODRIGUEZ SOLIVAN               Attorneys:
                                       For Plaintiffs: OVALDO
                                       CARLO
    VS
                                       For Defendant:
DEN-CARIBBEAN, L.L.C.                  IVAN FERNANDEZ
                                       GRISSELLE GONZALEZ

===================================================================

Case called for status conference Theory of the parties heard. Parties indicate that discovery has been completed. Court grants plaintiff to send a settlement demand to plaintiff. Plaintiff requests and is granted 10 days to decide whether they will continue with the case against ELA defendants.

Attorney for defendant was granted until December 1, 2000 to file a motion for summary judgment if needed.

Parties to be notified

                                        _____
                                        By:  LILY ALICEA
                                             COURTROOM DEPUTY