UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAY R. RODRIGUEZ SOLIVAN, ET AL

    **Plaintiff(s)**

    v.                          CIVIL NUMBER: 98-2075 (JAG)

DEN CARIBBEAN, L.L.C., ETC., ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/30/00<br>**Title:** Notice to the Court and Request for Voluntary Dismissal Pursuant to Rule 41(a)(2)<br>**Docket(s):** 27<br>[x] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** Instant action is hereby dismissed as to co-defendant Pedro Toledo. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/28/00<br>**Title:** Motion Requesting Short and Final Extension of Time to File Dispositive Motion<br>**Docket(s):** 28<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** |

**Date:** December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

