IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAY R. RODRIGUEZ SOLIVAN, ET AL

**Plaintiff(s)**

v.                                             CIVIL NO. 98-2075 (JAG)

DEN CARIBBEAN, L.L.C., ETC., ET AL

**Defendant(s)**

**PARTIAL JUDGMENT**

On the basis of the order issued by the Court on December 11, 2000, judgment is entered dismissing the complaint filed against co-defendant Pedro Toledo.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of December, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge