# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAY R. RODRIGUEZ SOLIVAN, ET AL

    **Plaintiff(s)**

        **v.**                     **CIVIL NUMBER:** 98-2075 (JAG)

DEN CARIBBEAN, L.L.C., ETC., ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/08/00 <br> **Title:** Instanter <br> **Docket(s):** 29 <br> [ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **MOOT.** |

**Date:** December 18, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

