RECEIVED & FILED
'01 APR -6 AM 10 16
CLERK'S OFFICE
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAY R. RODRIGUEZ SOLIVAN, ET AL

**Plaintiff(s)**

**v.**                                    **CIVIL NO.** 98-2075 (JAG)

DEN CARIBBEAN, L.L.C., ETC., ET AL

**Defendant(s)**

---

## JUDGMENT

Judgment is entered dismissing the Complaint with prejudice pursuant to the terms of the "Settlement Stipulation" filed by the parties on March 28, 2001, Docket No. 35. This case is now closed for all purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of April, 2001.



JAY A. GARCIA-GREGORY
U.S. District Judge

